file the case, in which case the motion is denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Theodore Punsky, Respondent, v. The City of New York, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York ex rel. Louise M. Capen, Relator, v. William H. Maxwell and Others, Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.— Motion granted, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York ex rel. Alice K. Healy, Relator, v. William H. Maxwell and Others, Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.— Motion granted, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Harry Randall, Appellant, v. Hugo C. Schultz and Charles E. Teale, Public Administrators of Kings County, as Administrator with the Will Annexed, etc., of Minna Schultz, Deceased, Defendants. Bertha M. E. Kuehn, Respondent.— Motion denied, on condition that the appellant perfect his appeal within fifteen days, and place the cause on the calendar; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Jacob Rosenberg, Appellant, v. Harry Chaimowitz, Respondent. — Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Joseph Schlegel and Others, Appellants, v. The Roman Catholic Church of the Most Holy Trinity in Montrose Avenue, Brooklyn, and Others, Respondents. — Motion granted. Settle question before Mr. Justice Miller. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

George G. Smith, Appellant, v. Bertha Weiss and Others, Respondents.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

George G. Smith, Appellant, v. Bertha Weiss and Others, Respondents.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Mary Watson, as Administratrix, etc., of Hugh Watson, Deceased, Appellant, v. New York Contracting Company, Pennsylvania Terminal, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Rachel Bayne, Respondent, v. Herbert A. Bradwell and Others, Appellants.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bernard Berenberg and Constantine Reichert, Appellants, v. Charles Bieber, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles Carlson, Respondent, v. Von Hoveling American Composition Company, Limited, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that there is no satisfactory proof of negligence on the part of the defendant. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William J. Carroll, Respondent, v. The New York, New Haven and Hartford